IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

KERONTREZ LAMAR KENON

_____/

SEALED
<u>INDICTMENT</u>

4:24cr18-MW

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about June 1, 2023, and on or about August 1, 2023, in the Northern District of Florida, the defendant,

**KERONTREZ LAMAR KENON,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage, and attempt to engage, in a sexual act with S.B., who was in official detention and under the custodial, supervisory, and disciplinary authority of **KERONTREZ LAMAR KENON**, a correctional officer working for the Bureau of Prisons.



In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

███████████████

FOREPERSON

DATE May 7, 2024

JASON R. COODY
United States Attorney

MEREDITH L. STEER
Assistant United States Attorney

JAMES A. McCAIN
Assistant United States Attorney